IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DOUGLAS FERGUSON                                                    PLAINTIFF

Vs.                                  CASE NO. 5:21-cv-5134

THE CREEKS GOLF COURSE, LLC
d/b/a THE CREEKS GOLF & RV RESORT                           DEFENDANT

COMPLAINT

Comes now the Plaintiff, Douglas Ferguson, by and through his counsel, Lloyd W. "Tre"

Kitchens of The Brad Hendricks Law Firm, and for his Complaint states as follows:

1.    Plaintiff is a resident of the State of Wisconsin.

2.    The Defendant is domestic for profit business doing business in Benton County,

Arkansas.

3.    This Court has jurisdiction to hear this matter pursuant to 28 U.S.C §1332.

4.    This Court is the proper venue to hear this matter pursuant to 28 U.S.C. §1391(b)(1)

& (2).

5.    On or about 12/14/2020 the Plaintiff was a business invitee of the Defendant.

6.    There was inclement weather, and the Defendant undertook the task of clearing the

roads of the Defendant's facility.

7.    The Defendant negligently cleared the roads, resulting in the Plaintiff falling due to

the hazardous conditions created by the Defendant.

8.    The Defendant's negligence includes but is not limited to:

   a.    Creating a hazardous condition;

   b.    Failure to warn of a hazardous condition;

   c.    Negligently clearing snow and ice; and

1

d.      Otherwise failing to exercise ordinary care.

9.      As a proximate result of the Defendant's negligence, the Plaintiff suffered painful and permanent personal injuries, incurred medical bills, will suffer future pain and suffering, incur future medical bills, and suffered other out of pocket losses.

Plaintiff requests a jury trial.

WHEREFORE, Plaintiff prays for a judgment against the Defendant in an amount sufficient to compensate him for the injuries he has sustained, and excess of the minimum amount for Federal Diversity of Citizenship cases ($75,000) and for all other just and proper relief.

Lloyd W. "Tré" Kitchens, ABN 99075
The Brad Hendricks Law Firm
500 C Pleasant Valley Drive
Little Rock, AR  72227
(501) 221-0444 (P)
(501) 661-0196 (F)
tkitchens@bradhendricks.com

By: _____
Lloyd W. "Tré" Kitchens