UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DOUGLAS FERGUSON                                                                                    PLAINTIFF

v.                                    No. 5:21-CV-05134

THE CREEKS GOLF COURSE, LLC                                                             DEFENDANT

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 30th day of July, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE